IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01326-LTB-KLM

ALBERTO ROJAS, JR.,

    Plaintiff,

v.

ANN GAIL MEINSTER,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 12, 2023, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 12 day of July, 2023.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk

                                        By: s/C. Madrid
                                                    Deputy Clerk